Ben D. Manevitz (NJ 004192005)
ben@manevitzlaw.com
**MANEVITZ LAW FIRM**
805 Clifton Avenue
Clifton, NJ 07013
Telephone: (973) 594-6529
Facsimile: (973) 689-9529

*Attorney for Plaintiff Christopher Sadowski.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>SINOVISION INCORPORATED,<br><br>Defendant. | **Civil Action No. \_\_\_\_\_**<br>*Document filed electronically*<br><br>COMPLAINT<br>   (1) COPYRIGHT INFRINGEMENT;<br>   (2) VIOLATION OF DIGITAL<br>       MILLENNIUM COPYRIGHT ACT,<br>       17 U.S.C.A. § 1201 *et. seq.*<br><br>JURY TRIAL DEMANDED |

Plaintiff Christopher Sadowski, by and for his Complaint against Defendant Sinovision Incorporated ("Sinovision") does hereby assert and allege:

**I.     STATEMENT OF ACTION**

1.     This is an action by Mr. Sadowski, holder of all copyrights in certain photographs described herein, against Defendants for willful and intentional copyright infringement and violations of the Digital Millennium Copyright Act.

**II.     PARTIES**

2.     Plaintiff Christopher Sadowski is a United States citizen residing in New Jersey, at 46 Viola Avenue in Clifton, NJ.

3.     Mr. Sadowski is a well-regarded professional photographer specializing in breaking news photography and photographs of newsworthy events and individuals.

4.     Sinovision Incorporated ("Sinovision") is a corporation organized under the

laws of the state of Delaware, with a principal place of business at 15 East 40th Street in New York, NY.

5.     Sinovision is the owner and operator of two 24-hour digital broadcast channels covering the greater New York Area, including a large swath of northern New Jersey.

6.     Sinovision's broadcasts originate, at least in part, from a broadcast antenna located in Sussex County, New Jersey.

7.     Sinovision is the owner and operator of the website available at http://sinovision.net (the "Sinovision Chinese Language Site," the "Sinovision Website," or the "Primary Website").

## III.     JURISDICTION AND VENUE

8.     This is an action arising under the copyright laws of the United States, 17 U.S.C. § 101 et. seq. and the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201 et. seq.  Plaintiff seeks injunctive relief, monetary damages, statutory damages, punitive damages, interest, costs and attorney's fees under the copyright laws of the United States, the DMCA.

9.     This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

10.     Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. § 1400(a).

## IV.     FACTS COMMON TO ALL CLAIMS

### A.     Sadowski's Copyright-Protected Photographs:

11.     Plaintiff Sadowski is an accomplished professional photographer residing in New Jersey.

12.     Mr. Sadowski has been a professional photographer for at least 12 years, and spends significant time and effort in the creation of his photographs.  While some of his photographs deal with popular or common subject matter, the photographs taken by Mr.

Sadowski reflect his professional and creative choices and are uniquely his.

13. Mr. Sadowski's livelihood consists of the creation and licensing of his photographs.

14. Generally, Mr. Sadowski will respond to a news event or the appearance of a public personality, make the various necessary framing, lighting, exposure, and other relevant creative decisions, and create a photograph of the event or individual.

15. It is often (but not always) the case that Mr. Sadowski will then provide some or all of these photographs to the New York Post news organization, NYP Holdings, Inc., (the "NY Post") for their use.

16. The NY Post has used Mr. Sadowski's photographs on the NYPost.com website and on other affiliated internet properties, as well as in the print version of the New York Post newspaper.

17. Mr. Sadowski does not transfer or assign his copyright interest in any of these photographs to the NY Post, but instead grants the NY Post what amounts to a non-exclusive license.

18. With regard to any photographs provided by Mr. Sadowski to the NY Post – and in particular, each and every of the photographs that are the subject matter of this Complaint – copyright in those photographs vests and remains at all times with Mr. Sadowski. Mr. Sadowski retains all rights to any such photographs and does not grant permission or authority for its use by, or transfer to, any other person or entity.

19. Mr. Sadowski is under no obligation to offer his photographs exclusively to the NY Post; Mr. Sadowski is free to offer his photographs for license to any other entity at any time.

20. Mr. Sadowski has, in fact, licensed his various photographs to entities other than the NY Post at various times.

21. At all times relevant to this Complaint, whenever Mr. Sadowski has provided any photograph to the NY Post, Mr. Sadowski would convey in connection with each such photograph information including (a) his identity as the author of the photograph and (b)

1  his identity as the copyright owner of the work.

2      22.    Mr. Sadowski would convey such information by including it in the metadata

3  of each photograph.

4      23.    As published by the NY Post, conveyed in connection with each picture is

5  information including (a) Mr. Sadowski's identity as the author of the photograph and (b)

6  Mr. Sadowski's identity as the copyright owner of the work.

7      24.    As to all of the photographs directly relevant to this dispute (the "Infringed

8  Photographs," defined more fully below), when published online by the NY Post, such

9  information is conveyed by an on-screen photo credit placed in close proximity to the

10  photograph in question.

11      25.    As to all but three of the Infringed Photographs, such information is also

12  conveyed by its inclusion in the metadata of the photograph.

13      26.    As to any photographs provided by Mr. Sadowski to the NY Post and then

14  published in print by the NY Post, the information is conveyed by a photo credit placed in

15  close proximity to the photograph in question.

16      27.    The information identifying Mr. Sadowski as the author of each photograph

17  constitutes Copyright Management Information ("CMI") under the relevant sections of the

18  DMCA.

19      28.    The information identifying Mr. Sadowski as the copyright owner of each

20  photograph is CMI under the DMCA.

21      **B.    Sinovision's Business Model of Lifting Material from Other Websites:**

22

23      29.    Sinovision owns and maintains the Sinovision Website, which provides, inter

24  alia, certain news items in Chinese, including photographs.

25      30.    The Sinovision Website is one of the most popular Chinese language websites

26  in the United States, with an audience at least in the tens of millions.

27      31.    Sinovision operates broadcast television channels with direct coverage

28  blanketing a population of more than 30 million individuals.

32.     At least some of the articles provided by Sinovision at the Sinovision Website explicitly reference other news outlets, using language that is the functional equivalent of, "as reported in [some other news outlet.]"

33.     At least some of the articles Sinovision posts at the Sinovision Website explicitly reference the NY Post, making reference to the NY Post as the information source for the article in question.

34.     In fact, the majority of the news provided by the Sinovision Website is the result of the wholesale copying of news reports originally published at the NYPost.com website or other online news sources for local news.

35.     When 'sourcing' news from another online source, Sinovision will also simply lift the photographs published at those online sources as well, with no license and no attribution.

36.     The photos that Sinovision copies and posts to its website are not thumbnails. In fact, in some instances full-resolution/high-resolution versions of the photographs are available at a mere click.

37.     In two instances, as of the date of this Complaint, the full-resolution images **REMAIN AVAILABLE** at the Sinovision Website.

38.     The copied photographs at the Sinovision Website are not framed from the original site; the copied photographs at the Sinovision Website are not in-line links from the original site; the copied photographs at the Sinovision Website do not link back to the original source or site.

39.     The copied photographs at the Sinovision Website are entirely untransformed or modified from the originals from which they are copied, except in some rare instances there are cropping differences.

40.     In particular, as to those Sinovision articles that refer to the NY Post as the source of the information in question, the photographs accompanying those articles are simply copied from the NYPost.com website and used with the Sinovision article on the Sinovision Website.

41.     On information and belief, in <u>every</u> instance where Sinovision has sourced a news item from another website, any photos accompanying that news item have been copied from that other website.

42.     Plaintiff has given notice of the unauthorized copying and distribution to Sinovision on repeated occasions (as set forth more fully below), and while Sinovision has <u>sometimes</u> taken down the photographs, it wasn't long before Sinovision was infringing Mr. Sadowski's photographs again.

43.     It was only the threat of suit that eventually convinced Sinovision (apparently) to stop stealing Mr. Sadowski's photographs, although Plaintiff believes that given enough time, Sinovision would forget its caution and return to form.

44.     It is unknown to Plaintiff how many other photographers have been the victims of Sinovision's ongoing pattern of infringement.  Plaintiff's belief, however, is that the number is not insignificant.

45.     Sinovision is a sophisticated content provider across different media channels, including the Sinovision Website, broadcast television, and print media.

46.     Even before Plaintiff's notice to Sinovision of the particular instances of infringement concerning the Infringed Photographs, Sinovision was very familiar with the United States copyright system, and at all times relevant to this Complaint Sinovision was well aware of the nature and consequences of copyright infringement.

**C.      Sinovision's Infringement of Sadowski's Photographs and Removal of Copyright Management Information - Generally.**

47.     At the center of this dispute are twenty-one photographs (collectively, the "Infringed Photographs"), enumerated more fully herein.

48.     Sinovision has, over the course of time, copied at least these twenty-one Infringed Photographs, publishing them on the Sinovision Website without license, permission, or consent.

49.     All of the Infringed Photographs were first published at the NYPost.com website, by the NY Post with the permission of Mr. Sadowski.

50.     The NY Post paid Mr. Sadowski for the right to use the Infringed Photographs in that manner.

51.     As they were originally published, Copyright Management Information was conveyed in connection with each and every of the Infringed Photographs.

52.     As they were originally published, almost all of the Infringed Photographs contained metadata identifying Mr. Sadowski as the author and copyright holder of the photographs and all of the Infringed Photographs included a photo credit in close proximity identifying Mr. Sadowski as the author of the photographs.

53.     Sinovision put up various web pages on the Sinovision Website with articles in Chinese discussing the same news items as certain pages at NYPost.com, and included on those pages unauthorized copies of the Infringed Photographs.

54.     In reproducing the Infringed Photographs on the Sinovision Website, Sinovision removed from each photograph the photo credit identifying Mr. Sadowski as the author of the photograph.

55.     In reproducing the Infringed Photographs on the Sinovision Website, Sinovision removed from each photograph the metadata identifying Mr. Sadowski as the author and copyright owner of the photograph.

56.     The removal by Sinovision of the CMI from the Infringed Photographs was done with knowledge that such removal would enable, facilitate, and conceal Sinovision's own copyright infringement.

57.     Through counsel, Mr. Sadowski has sent Sinovision multiple cease and desist letters, informing Sinovision of all but two instances of infringement.

58.     Each such letter has been sent by certified United States post, and return receipts for each such letter have been received.

59.     As to the final two instances of infringement, notice was given directly to Sinovision's counsel by phone and email.

60.     In some – but not all – instances of such notice, Sinovision did take down the infringing photographs.

61.     In some instances of such notice, however, Sinovision did NOT take down the infringing photographs.

**D.      Sinovision's Infringement of Mr. Sadowski's Photographs and Removal of Copyright Management Information – Particulars**

62.     Photo 1066, titled "010310delays17CS:"

   a.  On or about October 19, 2012, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1066, titled "010310delays17CS," a reproduction of which is included herewith at Exhibit A, labeled 1066-Original.

   b.  The copyright in Photo 1066 has been duly registered with the United States Copyright Office, registration # VA1-900-624, included herewith at Exhibit B.

   c.  As published, Photo 1066 included CMI; in particular it included text identifying Mr. Sadowski as the photographer.

   d.  At some date unknown to Plaintiff, but before April 2014, Sinovision published and distributed a copy of Photo 1066 on the Sinovision Website.  A screen capture of that posting is included herewith at Exhibit A, labeled 1066-Infringing.

   e.  Moreover, a high resolution version of Photo 1066 was available at the Sinovision Website, accessible to anyone who simply "clicked" on the infringing image as published.

   f.  As published on the Sinovision Website, the CMI relevant to Photo 1066 has been removed.  Such removal was without the authority of the copyright owner or the law.

   g.  Sinovision was informed of the infringement by a cease-and-desist letter dated April 28, 2014.

   h.  Sinovision did not take down Photo 1066 or respond to that letter.

   i.  Sinovision was <u>again</u> given notice of the infringement by mail in August 2014.

   j.  Sinovision still did not take down Photo 1066 until approximately September

1  4, 2014, after the matter had been discussed by counsel for the parties.

2  63.  Photo 1091, titled "010912subway1CS:"

3  a.  On or about April 12, 2013, the NY Post published at the NYPost.com site Mr.

4  Sadowski's photograph hereafter referred to as Photo 1091, titled

5  "010912subway1CS," a reproduction of which is included herewith at Exhibit

6  A, labeled 1091-Original.

7  b.  The copyright in Photo 1091 has been duly registered with the United States

8  Copyright Office, registration # VA1-901-342, included herewith at Exhibit B.

9  c.  As published, Photo 1091 included CMI.

10  d.  At some unknown date thereafter, but in or before March 2014, Sinovision

11  published and distributed a copy of Photo 1091 on the Sinovision Website.  A

12  screen capture of that posting is included herewith at Exhibit A, labeled 1091-

13  Infringing.

14  e.  As published on the Sinovision Website, the CMI originally attached to

15  Photo 1091 was removed.

16  f.  Sinovision was informed of the infringement by a cease-and-desist letter sent

17  in or after March 2014.

18  g.  Sinovision removed Photo 1091, but did not otherwise respond to that letter.

19  64.  Photo 1096, titled "110711tanker11CS:"

20  a.  On or about November 8, 2011, the NY Post published at the NYPost.com site

21  Mr. Sadowski's photograph hereafter referred to as Photo 1096, titled

22  "110711tanker11CS," a reproduction of which is included herewith at Exhibit

23  A, labeled 1096-Original.

24  b.  The copyright in Photo 1096 has been duly registered with the United States

25  Copyright Office, registration # VA1-900-262, included herewith at Exhibit B.

26  c.  As published, Photo 1096 included CMI.

27  d.  At some unknown date thereafter, but in or before March 2014, Sinovision

28  published and distributed a copy of Photo 1096 on the Sinovision Website.  A

1  screen capture of that posting is included herewith at Exhibit A, labeled 1096-

2  Infringing.

3  e. As published on the Sinovision Website, the CMI relevant to Photo 1096 was

4  removed.

5  f. Sinovision was informed of the infringement by a cease-and-desist letter sent

6  in or after March 2014.

7  g. Sinovision removed Photo 1096, but did not otherwise respond to that letter.

8  65. Photo 1126,[1] titled "010114deblasio17CS:"

9  a. On or about January 1, 2014, the NY Post published at the NYPost.com site

10  Mr. Sadowski's photograph hereafter referred to as Photo 1126, titled

11  "010114deblasio17CS," a reproduction of which is included herewith at

12  Exhibit A, labeled 1126-Original.

13  b. The copyright in Photo 1126 has been duly registered with the United States

14  Copyright Office, registration # VA1-898-589, included herewith at Exhibit B.

15  c. As published, Photo 1126 included CMI.

16  d. At some date shortly thereafter, Sinovision published and distributed a copy

17  of Photo 1126 on the Sinovision Website. A screen capture of that posting is

18  included herewith at Exhibit A, labeled 1126-Infringing.

19  e. As published on the Sinovision Website, the CMI relevant to Photo 1126 was

20  removed.

21  f. Sinovision was informed of the infringement by a cease-and-desist letter.

22  g. Sinovision did not take down Photo 1126 or respond to that letter.

23  h. Sinovision was <u>again</u> given notice of the infringement by mail in August 2014.

24  i. Sinovision still did not take down Photo 1126 until approximately September

25  4, 2014, after the matter had been discussed by counsel for the parties.

26

27

28  [1] In some of Plaintiff's communications with Defendant, this photo is referred to erroneously as Photo 1121.

66.    Photo 1135, titled "051714homicide10CS:"

    a.  On or about May 18, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1135, titled "051714homicide10CS," a reproduction of which is included herewith at Exhibit A, labeled 1135-Original.

    b.  The copyright in Photo 1135 has been duly registered with the United States Copyright Office, registration # VA1-920-057, included herewith at Exhibit B.

    c.  As published, Photo 1135 included CMI.

    d.  At some unknown date thereafter, but in or before August 2014, Sinovision used Photo 1135 as a still in an video, which Sinovision made available online, by which Sinovision published and distributed a copy of Photo 1135 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1135-Infringing.

    e.  As posted on the Sinovision Website, the CMI attached to Photo 1135 was removed.

    f.  On information and belief, at some unknown date after publication of Photo 1135 in the NY Post, but in or before August 2014, Sinovision used Photo 1135 as a still in a video which was broadcast on Sinovision's television channel; the television broadcast is an act of publication and distribution separate and distinct from the inclusion of the Photo in a video posted online.

    g.  Sinovision was informed of the online infringement by a cease-and-desist letter sent on or around August 14, 2014.

    h.  Sinovision removed Photo 1135, but did not remit the settlement amounts demanded therein.

67.    Photo 1136.01, titled "060514fire30CS:"

    a.  On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.01, titled "060514fire30CS," a reproduction of which is included herewith at Exhibit A,

labeled 1136.01-Original.

b. The copyright in Photo 1136.01 has been duly registered with the United States Copyright Office, registration # VA1-920-083, included herewith at Exhibit B.

c. As published, Photo 1136.01 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1136.01 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1136.01-Infringing.

e. As posted on the Sinovision Website, the CMI attached to Photo 1136.01 was removed.

f. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

g. Sinovision removed Photo 1136.01, but did not remit the settlement amounts demanded therein.

68. Photo 1136.02, titled "060514fire24CS:"

a. On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.02, titled "060514fire24CS," a reproduction of which is included herewith at Exhibit A, labeled 1136.02-Original.

b. The copyright in Photo 1136.02 has been duly registered with the United States Copyright Office, registration # VA1-920-072, included herewith at Exhibit B.

c. As published, Photo 1136.02 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1136.02 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1136.02-Infringing.

e.  As posted on the Sinovision Website, the CMI attached to Photo 1136.02 was removed.

f.  Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

g.  Sinovision removed Photo 1136.02, but did not remit the settlement amounts demanded therein.

69.  Photo 1136.03, titled "060514fire23CS:"

a.  On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.03, titled "060514fire23CS," a reproduction of which is included herewith at Exhibit A, labeled 1136.03-Original.

b.  The copyright in Photo 1136.03 has been duly registered with the United States Copyright Office, registration # VA1-919-315 (group), included herewith at Exhibit B.

c.  As published, Photo 1136.03 included CMI.

d.  At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1136.03 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1136.03-Infringing.

e.  As posted on the Sinovision Website, the CMI attached to Photo 1136.03 was removed.

f.  Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

g.  Sinovision removed Photo 1136.03, but did not remit the settlement amounts demanded therein.

70.  Photo 1136.04, titled "060514fire33CS:"

a.  On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.04, titled

1   "060514fire33CS," a reproduction of which is included herewith at Exhibit A,

2   labeled 1136.04-Original.

3   b.   The copyright in Photo 1136.04 has been duly registered with the United

4   States Copyright Office, registration # VA1-920-090, included herewith at

5   Exhibit B.

6   c.   As published, Photo 1136.04 included CMI.

7   d.   At some unknown date thereafter, but in or before August 2014, Sinovision

8   published and distributed a copy of Photo 1136.04 on the Sinovision Website.

9   A screen capture of that posting is included herewith at Exhibit A, labeled

10   1136.04-Infringing.

11   e.   As posted on the Sinovision Website, the CMI attached to Photo 1136.04 was

12   removed.

13   f.   Sinovision was informed of the infringement by a cease-and-desist letter sent

14   on or around August 14, 2014.

15   g.   Sinovision removed Photo 1136.04, but did not remit the settlement amounts

16   demanded therein.

17   71.   Photo 1136.05, titled "060514fire17CS:"

18   a.   On or about June 5, 2014, the NY Post published at the NYPost.com site Mr.

19   Sadowski's photograph hereafter referred to as Photo 1136.05, titled

20   "060514fire17CS," a reproduction of which is included herewith at Exhibit A,

21   labeled 1136.05-Original.

22   b.   The copyright in Photo 1136.05 has been duly registered with the United

23   States Copyright Office, registration # VA1-920-070, included herewith at

24   Exhibit B.

25   c.   As published, Photo 1136.05 included CMI.

26   d.   At some unknown date thereafter, but in or before August 2014, Sinovision

27   published and distributed a copy of Photo 1136.05 on the Sinovision Website.

28   A screen capture of that posting is included herewith at Exhibit A, labeled

1136.05-Infringing.

e. As posted on the Sinovision Website, the CMI attached to Photo 1136.05 was removed.

f. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

g. Sinovision removed Photo 1136.05, but did not remit the settlement amounts demanded therein.

72. Photo 1136.06, titled "060514fire32CS:"

a. On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.06, titled "060514fire32CS," a reproduction of which is included herewith at Exhibit A, labeled 1136.06-Original.

b. The copyright in Photo 1136.06 has been duly registered with the United States Copyright Office, registration # VA1-920-089, included herewith at Exhibit B.

c. As published, Photo 1136.06 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1136.06 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1136.06-Infringing.

e. As posted on the Sinovision Website, the CMI attached to Photo 1136.06 was removed.

f. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

g. Sinovision removed Photo 1136.06, but did not remit the settlement amounts demanded therein.

73. Photo 1136.07, titled "060514fire1CS:"

a. On or about June 5, 2014, the NY Post published at the NYPost.com site Mr.

Sadowski's photograph hereafter referred to as Photo 1136.07, titled "060514fire1CS," a reproduction of which is included herewith at Exhibit A, labeled 1136.07-Original.

 b. The copyright in Photo 1136.07 has been duly registered with the United States Copyright Office, registration # VA1-919-315 (group), included herewith at Exhibit B.

 c. As published, Photo 1136.07 included CMI.

 d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1136.07 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1136.07-Infringing.

 e. As posted on the Sinovision Website, the CMI attached to Photo 1136.07 was removed.

 f. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

 g. Sinovision removed Photo 1136.07, but did not remit the settlement amounts demanded therein.

74. Photo 1136.08, titled "060514fire27CS:"

 a. On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.08, titled "060514fire27CS," a reproduction of which is included herewith at Exhibit A, labeled 1136.08-Original.

 b. The copyright in Photo 1136.08 has been duly registered with the United States Copyright Office, registration # VA1-920-079, included herewith at Exhibit B.

 c. As published, Photo 1136.08 included CMI.

 d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1136.08 on the Sinovision Website.

1       A screen capture of that posting is included herewith at Exhibit A, labeled

2       1136.08-Infringing.

3       e.  As posted on the Sinovision Website, the CMI attached to Photo 1136.08 was

4       removed.

5       f.  Sinovision was informed of the infringement by a cease-and-desist letter sent

6       on or around August 14, 2014.

7       g.  Sinovision removed Photo 1136.08, but did not remit the settlement amounts

8       demanded therein.

9     75.  Photo 1136.09, titled "060514fire26CS:"

10       a.  On or about June 5, 2014, the NY Post published at the NYPost.com site Mr.

11       Sadowski's photograph hereafter referred to as Photo 1136.09, titled

12       "060514fire26CS," a reproduction of which is included herewith at Exhibit A,

13       labeled 1136.09-Original.

14       b.  The copyright in Photo 1136.09 has been duly registered with the United

15       States Copyright Office, registration # VA1-919-315 (group), included

16       herewith at Exhibit B.

17       c.  As published, Photo 1136.09 included CMI.

18       d.  At some unknown date thereafter, but in or before August 2014, Sinovision

19       published and distributed a copy of Photo 1136.09 on the Sinovision Website.

20       A screen capture of that posting is included herewith at Exhibit A, labeled

21       1136.09-Infringing.

22       e.  As posted on the Sinovision Website, the CMI attached to Photo 1136.09 was

23       removed.

24       f.  Sinovision was informed of the infringement by a cease-and-desist letter sent

25       on or around August 14, 2014.

26       g.  Sinovision removed Photo 1136.09, but did not remit the settlement amounts

27       demanded therein.

28     76.  Photo 1136.10, titled "060514fire34CS:"

a. On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.10, titled "060514fire34CS," a reproduction of which is included herewith at Exhibit A, labeled 1136.10-Original.

b. The copyright in Photo 1136.10 has been duly registered with the United States Copyright Office, registration # VA1-920-091, included herewith at Exhibit B.

c. As published, Photo 1136.10 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1136.10 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1136.10-Infringing.

e. As posted on the Sinovision Website, the CMI attached to Photo 1136.10 was removed.

f. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

g. Sinovision removed Photo 1136.10, but did not remit the settlement amounts demanded therein.

77. Photo 1136.11, titled "060514fire14CS:"

a. On or about June 5, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1136.11, titled "060514fire14CS," a reproduction of which is included herewith at Exhibit A, labeled 1136.11-Original.

b. The copyright in Photo 1136.11 has been duly registered with the United States Copyright Office, registration # VA1-920-068, included herewith at Exhibit B.

c. As published, Photo 1136.11 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision

published and distributed a copy of Photo 1136.11 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1136.11-Infringing.

e. As posted on the Sinovision Website, the CMI attached to Photo 1136.11 was removed.

f. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

g. Sinovision removed Photo 1136.11, but did not remit the settlement amounts demanded therein.

78. Photo 1139, titled "011108subway4CS:"

a. On or about May 10, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1139, titled "011108subway4CS," a reproduction of which is included herewith at Exhibit A, labeled 1139-Original.

b. The copyright in Photo 1139 has been duly registered with the United States Copyright Office, registration # VA1-920-041, included herewith at Exhibit B.

c. As published, Photo 1139 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1139 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1139-Infringing.

e. Moreover, a high resolution version of Photo 1139 was available at the Sinovision Website, accessible to anyone who simply "clicked" on the infringing image as published.

f. As of the date of this Complaint's preparation, the high-resolution photo **REMAINS AVAILABLE** at <http://gate.sinovision.net:82/gate/big5/ cdnwww.sinovision.net/data/attachment/portal/201405/10/13285155hbfz g319j41367.jpg>.

g. As posted on the Sinovision Website, the CMI attached to Photo 1139 was removed.

h. Ironically, although the <u>main</u> posting at the Sinovision Website of Photo 1139 was without the relevant CMI, the high resolution version (still available as of the date of this Complaint) retains the metadata that identifies Plaintiff Sadowski as the "author" of the photograph.

i. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

j. Sinovision removed Photo 1139, but did not remit the settlement amounts demanded therein.

79. Photo 1141, titled "110109court1CS:"

a. On or about June 9, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1141, titled "110109court1CS," a reproduction of which is included herewith at Exhibit A, labeled 1141-Original.

b. The copyright in Photo 1141 has been duly registered with the United States Copyright Office, registration # VA1-920-093, included herewith at Exhibit B.

c. As published, Photo 1141 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1141 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1141-Infringing.

e. Moreover, a full resolution version of Photo 1141 was available at the Sinovision Website, accessible to anyone who simply "clicked" on the infringing image as published.

f. As of the date of this Complaint's preparation, the full-resolution photo **REMAINS AVAILABLE** at <http://gate.sinovision.net:82/gate/big5/ cdnwww.sinovision.net/data/attachment/portal/201406/09/073732xgkkxe

1    gj3dhj7717.jpg>.

2    g.    As posted on the Sinovision Website, the CMI attached to Photo 1141 was

3    removed.

4    h.    As with Photo 1139, the main posting of Photo 1141 at the Sinovision

5    Website had the CMI removed, but the full resolution version (still available

6    as of the date of this Complaint) retains the metadata identifying Chris

7    Sadowski as the "author" of the photograph.

8    i.    Sinovision was informed of the infringement by a cease-and-desist letter sent

9    on or around August 14, 2014.

10    j.    Sinovision removed Photo 1141, but did not remit the settlement amounts

11    demanded therein.

12    80.    Photo 1157, titled "102612handcuffs12CS:"

13    a.    On or about August 3, 2014, the NY Post published at the NYPost.com site Mr.

14    Sadowski's photograph hereafter referred to as Photo 1157, titled

15    "102612handcuffs12CS," a reproduction of which is included herewith at

16    Exhibit A, labeled 1157-Original.

17    b.    The copyright in Photo 1157 has been duly registered with the United States

18    Copyright Office, registration # VA1-925-762 (group), included herewith at

19    Exhibit B.

20    c.    As published, Photo 1157 included CMI.

21    d.    At some unknown date thereafter, but in or before August 2014, Sinovision

22    published and distributed a copy of Photo 1157 on the Sinovision Website. A

23    screen capture of that posting is included herewith at Exhibit A, labeled 1157-

24    Infringing.

25    e.    Moreover, a high-resolution version of Photo 1157 was available at the

26    Sinovision Website, accessible to anyone who simply "clicked" on the

27    infringing image as published.

28    f.    As posted on the Sinovision Website, the CMI attached to Photo 1157 was

removed.

g. Sinovision was informed of the infringement by a cease-and-desist letter sent on or around August 14, 2014.

h. Sinovision removed Photo 1157, but did not remit the settlement amounts demanded therein.

81. Photo 1174.01, titled "081614stabbing19CS:"

a. On or about August 16, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1174.01, titled "081614stabbing19CS," a reproduction of which is included herewith at Exhibit A, labeled 1174.01-Original.

b. The copyright in Photo 1174.01 has been duly registered with the United States Copyright Office, registration # VA1-925-762 (group), included herewith at Exhibit B.

c. As published, Photo 1174.01 included CMI.

d. At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1174.01 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1174.01-Infringing.

e. As posted on the Sinovision Website, the CMI attached to Photo 1174.01 was removed.

f. Sinovision was informed of the infringement by a telephone call with their counsel and a follow-up email on or around September 4, 2014.

g. Sinovision removed Photo 1174.01, but did not remit the settlement amounts demanded therein.

82. Photo 1174.02, titled "081614stabbing4CS:"

a. On or about August 16, 2014, the NY Post published at the NYPost.com site Mr. Sadowski's photograph hereafter referred to as Photo 1174.02, titled "081614stabbing4CS," a reproduction of which is included herewith at

Exhibit A, labeled 1174.02-Original.

b.   The copyright in Photo 1174.02 has been duly registered with the United States Copyright Office, registration # VA1-925-762 (group), included herewith at Exhibit B.

c.   As published, Photo 1174.02 included CMI.

d.   At some unknown date thereafter, but in or before August 2014, Sinovision published and distributed a copy of Photo 1174.02 on the Sinovision Website. A screen capture of that posting is included herewith at Exhibit A, labeled 1174.02-Infringing.

e.   As posted on the Sinovision Website, the CMI attached to Photo 1174.02 was removed.

f.   Sinovision was informed of the infringement by a telephone call with their counsel and a follow-up email on or around September 4, 2014.

g.   Sinovision removed Photo 1174.02, but did not remit the settlement amounts demanded therein.

83.   Photo 1066, Photo 1091, Photo 1096, Photo 1126, Photo 1135, Photo 1136.01, Photo 1136.02, Photo 1136.03, Photo 1136.04, Photo 1136.05, Photo 1136.06, Photo 1136.07, Photo 1136.08, Photo 1136.09, Photo 1136.10, Photo 1136.11, Photo 1139, Photo 1141, Photo 1157, Photo 1174.01, Photo 1174.02, collectively, are the "Infringed Photographs."

**V.   CLAIMS FOR RELIEF**

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT AS TO PHOTO 1066**

84.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

85.   Plaintiff is the owner of a valid and subsisting copyright in Photo 1066.

86.   By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1066, including the original constituents thereof.

87. Plaintiff has been harmed thereby.

## SECOND CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT AS TO PHOTO 1091

88. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

89. Plaintiff is the owner of a valid and subsisting copyright in Photo 1091.

90. By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1091, including the original constituents thereof.

91. Plaintiff has been harmed thereby.

## THIRD CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT AS TO PHOTO 1096

92. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

93. Plaintiff is the owner of a valid and subsisting copyright in Photo 1096.

94. By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1096, including the original constituents thereof.

95. Plaintiff has been harmed thereby.

## FOURTH CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT AS TO PHOTO 1126

96. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

97. Plaintiff is the owner of a valid and subsisting copyright in Photo 1126.

98. By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1126, including the original constituents thereof.

99. Plaintiff has been harmed thereby.

## FIFTH CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT AS TO PHOTO 1135 - ONLINE

100. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

101. Plaintiff is the owner of a valid and subsisting copyright in Photo 1135.

102.    By the acts heretofore described, in particular those concerning the posting of an online video including Photo 1135, Sinovision did willfully and intentionally reproduce and distribute Photo 1135, including the original constituents thereof.

103.    Plaintiff has been harmed thereby.

### SIXTH CAUSE OF ACTION
#### COPYRIGHT INFRINGEMENT AS TO PHOTO **1136.01**

104.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

105.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.01.

106.    By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1136.01, including the original constituents thereof.

107.    Plaintiff has been harmed thereby.

### SEVENTH CAUSE OF ACTION
#### COPYRIGHT INFRINGEMENT AS TO PHOTO **1136.02**

108.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

109.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.02.

110.    By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1136.02, including the original constituents thereof.

111.    Plaintiff has been harmed thereby.

### EIGHTH CAUSE OF ACTION
#### COPYRIGHT INFRINGEMENT AS TO PHOTO **1136.03**

112.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

113.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.03.

114.    By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1136.03, including the original constituents thereof.

115.    Plaintiff has been harmed thereby.

### NINTH CAUSE OF ACTION
COPYRIGHT INFRINGEMENT AS TO PHOTO **1136.04**

116.  Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

117.  Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.04.

118.  By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1136.04, including the original constituents thereof.

119.  Plaintiff has been harmed thereby.

### TENTH CAUSE OF ACTION
COPYRIGHT INFRINGEMENT AS TO PHOTO **1136.05**

120.  Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

121.  Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.05.

122.  By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1136.05, including the original constituents thereof.

123.  Plaintiff has been harmed thereby.

### ELEVENTH CAUSE OF ACTION
COPYRIGHT INFRINGEMENT AS TO PHOTO **1136.06**

124.  Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

125.  Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.06.

126.  By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1136.06, including the original constituents thereof.

127.  Plaintiff has been harmed thereby.

### TWELFTH CAUSE OF ACTION
COPYRIGHT INFRINGEMENT AS TO PHOTO **1136.07**

128.  Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

129.  Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.07.

130.  By the acts heretofore described, Sinovision did willfully and intentionally

1    reproduce and distribute Photo 1136.07, including the original constituents thereof.

2        131.    Plaintiff has been harmed thereby.

3                        **THIRTEENTH CAUSE OF ACTION**
                 **COPYRIGHT INFRINGEMENT AS TO PHOTO 1136.08**
4
5        132.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as
6    if fully set forth herein.

7        133.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.08.

8        134.    By the acts heretofore described, Sinovision did willfully and intentionally

9    reproduce and distribute Photo 1136.08, including the original constituents thereof.

10       135.    Plaintiff has been harmed thereby.

11                       **FOURTEENTH CAUSE OF ACTION**
                 **COPYRIGHT INFRINGEMENT AS TO PHOTO 1136.09**

12       136.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as
13   if fully set forth herein.

14       137.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.09.

15       138.    By the acts heretofore described, Sinovision did willfully and intentionally
16   reproduce and distribute Photo 1136.09, including the original constituents thereof.

17       139.    Plaintiff has been harmed thereby.

18                       **FIFTEENTH CAUSE OF ACTION**
                 **COPYRIGHT INFRINGEMENT AS TO PHOTO 1136.10**
19
20       140.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as
21   if fully set forth herein.

22       141.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.10.

23       142.    By the acts heretofore described, Sinovision did willfully and intentionally
24   reproduce and distribute Photo 1136.10, including the original constituents thereof.

25       143.    Plaintiff has been harmed thereby.

26                       **SIXTEENTH CAUSE OF ACTION**
                 **COPYRIGHT INFRINGEMENT AS TO PHOTO 1136.11**

27       144.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as
28   if fully set forth herein.

145.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1136.11.

146.    By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1136.11, including the original constituents thereof.

147.    Plaintiff has been harmed thereby.

### SEVENTEENTH CAUSE OF ACTION
#### COPYRIGHT INFRINGEMENT AS TO PHOTO 1139

148.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

149.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1139.

150.    By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1139, including the original constituents thereof.

151.    Plaintiff has been harmed thereby.

### EIGHTEENTH CAUSE OF ACTION
#### COPYRIGHT INFRINGEMENT AS TO PHOTO 1141

152.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

153.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1141.

154.    By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1141, including the original constituents thereof.

155.    Plaintiff has been harmed thereby.

### NINETEENTH CAUSE OF ACTION
#### COPYRIGHT INFRINGEMENT AS TO PHOTO 1157

156.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

157.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1157.

158.    By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1157, including the original constituents thereof.

159.    Plaintiff has been harmed thereby.

**TWENTIETH CAUSE OF ACTION**
COPYRIGHT INFRINGEMENT AS TO PHOTO 1174.01

160.     Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

161.     Plaintiff is the owner of a valid and subsisting copyright in Photo 1174.01.

162.     By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1174.01, including the original constituents thereof.

163.     Plaintiff has been harmed thereby.

**TWENTY-FIRST CAUSE OF ACTION**
COPYRIGHT INFRINGEMENT AS TO PHOTO 1174.02

164.     Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

165.     Plaintiff is the owner of a valid and subsisting copyright in Photo 1174.02.

166.     By the acts heretofore described, Sinovision did willfully and intentionally reproduce and distribute Photo 1174.02, including the original constituents thereof.

167.     Plaintiff has been harmed thereby.

**TWENTY-SECOND CAUSE OF ACTION**
REMOVAL OF CMI AS TO PHOTO 1066

168.     Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

169.     By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1066.

170.     Said removal of CMI was without authority of law and without authority of the copyright holder.

171.     By the acts heretofore described, Sinovision did distribute copies of Photo 1066, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

172.     Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1066, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or

facilitate the further infringement of Photo 1066 by others.

173.   Plaintiff has been harmed thereby.

### TWENTY-THIRD CAUSE OF ACTION
#### REMOVAL OF CMI AS TO PHOTO 1091

174.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

175.   By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1091.

176.   Said removal of CMI was without authority of law and without authority of the copyright holder.

177.   By the acts heretofore described, Sinovision did distribute copies of Photo 1091, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

178.   Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1091, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1091 by others.

179.   Plaintiff has been harmed thereby.

### TWENTY-FOURTH CAUSE OF ACTION
#### REMOVAL OF CMI AS TO PHOTO 1096

180.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

181.   By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1096.

182.   Said removal of CMI was without authority of law and without authority of the copyright holder.

183.   By the acts heretofore described, Sinovision did distribute copies of Photo 1096, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

184. Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1096, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1096 by others.

185. Plaintiff has been harmed thereby.

### TWENTY-FIFTH CAUSE OF ACTION
#### REMOVAL OF CMI AS TO PHOTO 1126

186. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

187. By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1126.

188. Said removal of CMI was without authority of law and without authority of the copyright holder.

189. By the acts heretofore described, Sinovision did distribute copies of Photo 1126, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

190. Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1126, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1126 by others.

191. Plaintiff has been harmed thereby.

### TWENTY-SIXTH CAUSE OF ACTION
#### REMOVAL OF CMI AS TO PHOTO 1135 - ONLINE

192. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

193. By the acts heretofore described, in particular those concerning the posting of an online video including Photo 1135, Sinovision did intentionally remove copyright management information from Photo 1135.

194. Said removal of CMI was without authority of law and without authority of the

1   copyright holder.

2       195.    By the acts heretofore described, in particular those concerning the posting of an

3   online video including Photo 1135, Sinovision did distribute copies of Photo 1135, knowing that

4   copyright management information had been removed or altered without authority of the

5   copyright owner or the law.

6       196.    Said removal, distribution, and publication were done with the knowledge that it

7   would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1135,

8   and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or

9   facilitate the further infringement of Photo 1135 by others.

10      197.    Plaintiff has been harmed thereby.

11
### TWENTY-SEVENTH CAUSE OF ACTION
### REMOVAL OF CMI AS TO PHOTO 1136.01
12

13      198.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as

    if fully set forth herein.
14

15      199.    By the acts heretofore described, Sinovision did intentionally remove copyright

    management information from Photo 1136.01.
16

17      200.    Said removal of CMI was without authority of law and without authority of the

    copyright holder.
18

19      201.    By the acts heretofore described, Sinovision did distribute copies of

    Photo 1136.01, knowing that copyright management information had been removed or altered
20

    without authority of the copyright owner or the law.
21

22      202.    Said removal, distribution, and publication were done with the knowledge that it

23  would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.01,

    and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or
24

    facilitate the further infringement of Photo 1136.01 by others.
25

26      203.    Plaintiff has been harmed thereby.

### TWENTY-EIGHTH CAUSE OF ACTION
27
### REMOVAL OF CMI AS TO PHOTO 1136.02

28      204.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as

if fully set forth herein.

205. By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.02.

206. Said removal of CMI was without authority of law and without authority of the copyright holder.

207. By the acts heretofore described, Sinovision did distribute copies of Photo 1136.02, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

208. Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.02, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.02 by others.

209. Plaintiff has been harmed thereby.

### TWENTY-NINTH CAUSE OF ACTION
#### REMOVAL OF CMI AS TO PHOTO 1136.03

210. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

211. By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.03.

212. Said removal of CMI was without authority of law and without authority of the copyright holder.

213. By the acts heretofore described, Sinovision did distribute copies of Photo 1136.03, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

214. Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.03, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.03 by others.

215.    Plaintiff has been harmed thereby.

**THIRTIETH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1136.04**

216.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

217.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.04.

218.    Said removal of CMI was without authority of law and without authority of the copyright holder.

219.    By the acts heretofore described, Sinovision did distribute copies of Photo 1136.04, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

220.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.04, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.04 by others.

221.    Plaintiff has been harmed thereby.

**THIRTY-FIRST CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1136.05**

222.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

223.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.05.

224.    Said removal of CMI was without authority of law and without authority of the copyright holder.

225.    By the acts heretofore described, Sinovision did distribute copies of Photo 1136.05, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

226.    Said removal, distribution, and publication were done with the knowledge that it

would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.05, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.05 by others.

227.   Plaintiff has been harmed thereby.

### THIRTY-SECOND CAUSE OF ACTION
#### REMOVAL OF CMI AS TO PHOTO 1136.06

228.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

229.   By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.06.

230.   Said removal of CMI was without authority of law and without authority of the copyright holder.

231.   By the acts heretofore described, Sinovision did distribute copies of Photo 1136.06, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

232.   Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.06, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.06 by others.

233.   Plaintiff has been harmed thereby.

### THIRTY-THIRD CAUSE OF ACTION
#### REMOVAL OF CMI AS TO PHOTO 1136.07

234.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

235.   By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.07.

236.   Said removal of CMI was without authority of law and without authority of the copyright holder.

237.   By the acts heretofore described, Sinovision did distribute copies of

Photo 1136.07, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

238.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.07, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.07 by others.

239.    Plaintiff has been harmed thereby.

**THIRTY-FOURTH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1136.08**

240.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

241.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.08.

242.    Said removal of CMI was without authority of law and without authority of the copyright holder.

243.    By the acts heretofore described, Sinovision did distribute copies of Photo 1136.08, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

244.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.08, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.08 by others.

245.    Plaintiff has been harmed thereby.

**THIRTY-FIFTH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1136.09**

246.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

247.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.09.

248. Said removal of CMI was without authority of law and without authority of the copyright holder.

249. By the acts heretofore described, Sinovision did distribute copies of Photo 1136.09, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

250. Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.09, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.09 by others.

251. Plaintiff has been harmed thereby.

**THIRTY-SIXTH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1136.10**

252. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

253. By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.10.

254. Said removal of CMI was without authority of law and without authority of the copyright holder.

255. By the acts heretofore described, Sinovision did distribute copies of Photo 1136.10, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

256. Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.10, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.10 by others.

257. Plaintiff has been harmed thereby.

**THIRTY-SEVENTH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1136.11**

258. Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as

if fully set forth herein.

259.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1136.11.

260.    Said removal of CMI was without authority of law and without authority of the copyright holder.

261.    By the acts heretofore described, Sinovision did distribute copies of Photo 1136.11, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

262.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1136.11, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1136.11 by others.

263.    Plaintiff has been harmed thereby.

**THIRTY-EIGHTH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1139**

264.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

265.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1139.

266.    Said removal of CMI was without authority of law and without authority of the copyright holder.

267.    By the acts heretofore described, Sinovision did distribute copies of Photo 1139, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

268.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1139, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1139 by others.

269.    Plaintiff has been harmed thereby.

**THIRTY-NINTH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1141**

270.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

271.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1141.

272.    Said removal of CMI was without authority of law and without authority of the copyright holder.

273.    By the acts heretofore described, Sinovision did distribute copies of Photo 1141, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

274.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1141, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1141 by others.

275.    Plaintiff has been harmed thereby.

**FORTIETH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1157**

276.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

277.    By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1157.

278.    Said removal of CMI was without authority of law and without authority of the copyright holder.

279.    By the acts heretofore described, Sinovision did distribute copies of Photo 1157, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

280.    Said removal, distribution, and publication were done with the knowledge that it

would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1157, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1157 by others.

281.   Plaintiff has been harmed thereby.

## FORTY-FIRST CAUSE OF ACTION
### REMOVAL OF CMI AS TO PHOTO 1174.01

282.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

283.   By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1174.01.

284.   Said removal of CMI was without authority of law and without authority of the copyright holder.

285.   By the acts heretofore described, Sinovision did distribute copies of Photo 1174.01, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

286.   Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1174.01, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1174.01 by others.

287.   Plaintiff has been harmed thereby.

## FORTY-SECOND CAUSE OF ACTION
### REMOVAL OF CMI AS TO PHOTO 1174.02

288.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

289.   By the acts heretofore described, Sinovision did intentionally remove copyright management information from Photo 1174.02.

290.   Said removal of CMI was without authority of law and without authority of the copyright holder.

291.   By the acts heretofore described, Sinovision did distribute copies of

Photo 1174.02, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

292.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1174.02, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1174.02 by others.

293.    Plaintiff has been harmed thereby.

**FORTY-THIRD CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT AS TO PHOTO 1135 - BROADCAST**

294.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

295.    Plaintiff is the owner of a valid and subsisting copyright in Photo 1135.

296.    By the acts heretofore described, in particular those concerning the television broadcast of the video including Photo 1135, Sinovision did willfully and intentionally reproduce and distribute Photo 1135, including the original constituents thereof.

297.    Plaintiff has been harmed thereby.

**FORTY-FOURTH CAUSE OF ACTION**
**REMOVAL OF CMI AS TO PHOTO 1135 - BROADCAST**

298.    Plaintiff repeats and realleges the allegations in paragraphs 1 through 83 above as if fully set forth herein.

299.    By the acts heretofore described, in particular those concerning the television broadcast of the video including Photo 1135, Sinovision did intentionally remove copyright management information from Photo 1135.

300.    Said removal of CMI was without authority of law and without authority of the copyright holder.

301.    By the acts heretofore described, in particular those concerning the television broadcast of the video including Photo 1135, Sinovision did distribute copies of Photo 1135, knowing that copyright management information had been removed or altered without authority of the copyright owner or the law.

302.    Said removal, distribution, and publication were done with the knowledge that it would enable, facilitate, or conceal Sinovision's own copyright infringement as to Photo 1135, and with knowledge or reasonable grounds for the knowledge that it would induce, enable, or facilitate the further infringement of Photo 1135 by others.

303.    Plaintiff has been harmed thereby.

## VI.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

A.    Damages for copyright infringement, not less than $2,700,000.00.

B.    Damages for the violation of the Digital Millennium Copyright Act, not less than $525,000.00.

C.    An injunction against Defendant and anyone working in concert with them from copying, displaying, distributing, advertising, promoting, selling or offering to sell any of the Infringed Photographs or any other of Plaintiff's photographs now or in the future;

D.    Reasonable attorney's fees, court costs, expert witness fees, interest and all other amounts authorized under applicable state or federal law; and

E.    For such other and further relief as the Court deems just and equitable.

Dated:  March 23, 2015        By:    /s/Ben D Manevitz/
                                       Ben D. Manevitz (NJ BN 004192005)
                                       ben@manevitzlaw.com
                                       **MANEVITZ LAW FIRM LLC**
                                       805 Clifton Avenue
                                       Clifton, NJ 07013
                                       Telephone: (973) 594-6529
                                       Facsimile: (973) 689-9529

                                       *Attorneys for*
                                       *Plaintiff Christopher Sadowski*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure}}, Plaintiffs demand a trial by jury on all questions of fact raised by the Complaint.

Dated: __March 23, 2015__          By:      ___/s/Ben D Manevitz/_____
                                              Ben D. Manevitz (NJ BN 004192005)
                                              ben@manevitzlaw.com
                                              **MANEVITZ LAW FIRM LLC**
                                              805 Clifton Avenue
                                              Clifton, NJ 07013
                                              Telephone: (973) 594-6529
                                              Facsimile: (973) 689-9529

                                              *Attorneys for*
                                              *Plaintiff Christopher Sadowski*