**MANEVITZ LAW FIRM**

**Intellectual Property Counseling,
Prosecution, Enforcement and Litigation**

805 Clifton Avenue
Clifton, NJ 07013-1815
tel: 973-594-6529
fax: 973-689-9529
http://manevitzlawfirm.com

BEN D. MANEVITZ
Principal
ben@ManevitzLaw.com

admissions:
NY  NJ  SDNY  EDNY  DNJ

March 31, 2015

Re:  CHRISTOPHER SADOWSKI v. SINOVISION INCORPORATED
         2:15-cv-02063-KM-SCM

To the Clerk:

When uploaded to the ECF system, the first 16 pages of Exhibit B to the

Complaint were corrupted in some technical manner beyond this counsel's knowledge.

After a phone conversation of this date with the ECF help desk, I am

resubmitting Exhibit B herewith.

Sincerely,

/s/Ben D Manevitz/

Ben D. Manevitz

1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

3

CHRISTOPHER SADOWSKI,

4

Plaintiff,

COMPLAINT

5

v.

6

SINOVISION INCORPORATED,

7

Defendant.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit

# B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-900-624

**Effective date of registration:**

April 10, 2014

## Title

**Title of Work:** Group Registration Photos, 2012 Photo Collection, published 2/7/2012 to 12/21/2012; 102 photos

**Contents Titles:** 020712beyonce4CSa, 2/7/2012

020712beyonce1CS, 2/7/2012; 020712beyonce2CS, 2/7/2012; 020712beyonce4CS, 2/7/2012; 020712beyonce5CS, 2/7/2012
Splashnews_spl360868_017, 2/9/2012

021912grave3CS, 2/20/2012

Grave 1, 2/20/2012; Grave 2, 2/20/2012; Grave 5, 2/20/2012; Grave 9, 2/9/2012; Grave 10, 2/9/2012
Grave 7, 2/20/2012

022512rodriguez5CS, 2/27/2012

030412celebs11, 3/5/2012; 030412dina5, 3/5/2012; 030412lindsay6, 3/5/2012; 030412wiig4, 3/5/2012
030412lindsay4, 3/5/2012; 030412lindsay9, 3/5/2012; 030412lohan3, 3/5/2012; 030412lohan4, 3/5/2012; 030412lohan6, 3/5/2012
072311taxi2CS, 3/26/2012

032912lottery15CS, 3/29/2012

073010timessquare7CS, 3/30/2012

010912subway14CS, 3/30/2012

042012shooting1CS, 4/21/2012

042012shooting2CS, 4/21/2012

050212anna4CS, 5/3/2012

050212anna2CS, 5/3/2012

050212anna5CS, 5/3/2012; 050212anna7CS, 5/3/2012; 050212anna13CS, 5/3/2012
050412avengers22CS, 5/5/2012

050612houston1CS, 5/6/2012; 050612houston5CS, 5/6/2012; 050612houston7CS, 5/6/2012; 050612houston18CS, 5/6/2012; 050612houston19CS, 5/6/2012
110608intrepid10CS, 5/11/2012

Splashnews_spl394681_006, 5/17/2012

Splashnews_spl394681_001, 5/17/2012

052312salaam11CS, 5/24/2012

051812actors2CS, 5/25/2012

090609alcohol1CS, 6/12/2012

052512camden3CS, 6/26/2012; 052512camden5CS; 6/26/2012;
052612camden1CS, 6/26/2012; 052612camden2CS, 6/26/2012;
052612camden3CS, 6/26/2012; 052612camden4CS, 6/26/2012;
052612camden5CS, 6/26/2012; 052612camden9CS, 6/26/2012;
052612camden10CS, 6/26/2012; 052612camden15CS, 6/26/2012;
052612camden18CS, 6/26/2012
052612camden19CS, 6/26/2012; 052612camden20CS, 6/26/2012;
052612camden22CS, 6/26/2012; 052612camden23CS, 6/26/2012;
052712camden1CS, 6/26/2012; 052712camden3CS, 6/26/2012;
052712camden5CS, 6/26/2012; 052712camden7CS, 6/26/2012;
052712camden8CS, 6/26/2012; 052712camden9CS, 6/26/2012;
052712camden11CS, 6/26/2012
052712camden12CS, 6/26/2012; 052712camden16CS, 6/26/2012;
052712camden22CS, 6/26/2012; 052712camden23CS, 6/26/2012;
052712camden27CS, 6/26/2012; 052712camden29CS, 6/26/2012;
052712camden30CS, 6/26/2012; 052712camden31CS, 6/26/2012;
052712cityhall4CS, 6/26/2012
062912baldwin6CS, 6/30/2012; 062912baldwin12CS, 6/30/2012

071212accident5CS, 7/12/2012

080212death5CS, 8/3/2012

080812family1CS, 8/9/2012; 080812family26CS, 8/9/2012

081612shooting1CS, 8/16/2012

081612doa2CS, 8/17/2012

010611politicians3CS, 9/17/2012

100612terrorists17CS, 10/6/2012

100612prisoners13CS, 10/6/2012

100612prisoners1CS, 10/7/2012

010310delays17CS, 10/19/2012

Splashnews_spl394681_007, 10/24/2012

102412station1CS, 10/25/2012

102512homicide9CS, 10/26/2012

102712kimye3VM, 10/27/2012

102712departure4VM, 10/27/2012; 102712departure12VM, 10/27/2012

091107letter3CS, 11/6/2012

041811thruway2CS, 11/9/2012

110912fire7CS, 11/10/2012; 110912fire24CS, 11/10/2012

100308bonjovi6CS, 11/14/2012

122012homicide9CS, 12/21/2012


"0000VA0001900624020l"

## Completion/Publication

Year of Completion:  2012

Date of 1st Publication:  February 7, 2012          Nation of **1st Publication:** United States

# Author

- **Author:** Christopher Sadowski
- **Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

# Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

# Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com          **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011  United States

# Certification

**Name:** Christopher Sadowski

**Date:** April 10, 2014

**Copyright Office notes:** Regarding publication: Range of publication dates are 2/7/2012-12/21/2012.

**Registration #:**   VA0001900624
**Service Request #:**   1-1348678690



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011   United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-901-342**

**Effective date of
registration:**

April 15, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, 2013 Photo Collection, published 1/11/2013 to 12/30/2013; 174 photos |
| **Contents Titles:** | 011013fire6CS, 1/11/2013; 011013fire17CS, 1/11/2013 |
| | 011113hole3CS, 1/12/2013; 011113hole8CS, 1/12/2013 |
| | 012013accident19CS, 1/20/2013 |
| | 012013accident26CS, 1/21/2013 |
| | 030313accident4, 3/3/2013; 030313accident12, 3/3/2013; 030313accident16, 3/3/2013; 030313accident20, 3/3/2013; 030313accident26, 3/3/2013 030713acevedo2CS, 3/7/2013 |
| | 031313fall14CS, 3/13/2013 |
| | 032313innercircle4CS, 3/24/2013; 032313innercircle47CS, 3/24/2013 |
| | 010912subway1CS, 4/12/2013 |
| | 110210nyu1CS, 4/15/2013 |
| | 042413esb5CS, 4/25/2013 |
| | 061210dwi3CS, 4/28/2013 |
| | 042713baby4CS, 4/28/2013; 042713baby6CS, 4/28/2013 |
| | 050113basquiat1CS, 5/1/2013; 050113basquiat2CS, 5/1/2013; 050113basquiat3CS, 5/1/2013; 050113basquiat4CS, 5/1/2013; 050113basquiat5CS, 5/1/2013; 050113basquiat6CS, 5/1/2013; 050113basquiat7CS, 5/1/2013; 050113basquiat8CS, 5/1/2013; 050113basquiat9CS, 5/1/2013 041013deblasio18CS, 5/17/2013 |
| | 051813morales3CS, 5/18/2013; 051813nypd2CS, 5/18/2013; 051813shooting1CS, 5/18/2013; 051813shooting3CS, 5/18/2013; 051813shooting16CS, 5/18/2013 051813shooting14CS, 5/19/2013; 051813shooting26CS, 5/19/2013 |
| | 051813morales1CS, 5/20/2013 |
| | 052313weiner48CS, 5/24/2013 |
| | 052313bynes9CS, 5/24/2013; 052313bynes33CS, 5/24/2013; 052313bynes40CS, 5/24/2013 |

052313bynes2CS, 5/24/2013

052313bynes5CS, 5/25/2013; 052313bynes17CS, 5/25/2013

060313hitler3CS, 6/4/2013

060313hitler7CS, 6/5/2013; 060313hitler15CS, 6/5/2013; 060313hitler17CS,
6/5/2013; 060313hitler23CS, 6/5/2013; 060313hitler42CS, 6/5/2013;
060313hitler56CS, 6/5/2013
060513shooting5CS, 6/6/2013

010611politicians8CS, 6/9/2013

061613proposal1CS, 6/17/2013

061613proposal4CS, 6/17/2013; 061613proposal5CS, 6/17/2013;
061613proposal7CS, 6/17/2013
120810koch14CS, 6/18/2013

061613proposal6CS, 6/19/2013; 061613proposal8CS, 6/19/2013;
061613proposal10CS, 6/19/2013; 061613proposal19CS, 6/19/2013;
061613proposal27CS, 6/19/2013; 061613proposal28CS, 6/19/2013;
061613proposal35CS, 6/19/2013; 061613proposal47CS, 6/19/2013;
061613proposal48CS, 6/19/2013
061613proposal49CS, 6/19/2013; 061613proposal53CS, 6/19/2013;
061613proposal58CS, 6/19/2013; 061613proposal63CS, 6/19/2013;
061613proposal67CS, 6/19/2013; 061613proposal69CS, 6/19/2013;
061613proposal70CS, 6/19/2013; 061613proposal72CS, 6/19/2013;
061613proposal74CS, 6/19/2013; 061613proposal75CS, 6/19/2013
061613proposal76CS, 6/19/2013; 061613proposal80CS, 6/19/2013

062613kearins9CS, 6/26/2013

070413hospital10CS, 7/5/2013; 070413hospital27CS, 7/5/2013

070513house4CS, 7/6/2013

061613proposal45CS, 7/12/2013; 061613proposal83CS, 7/12/2013

072013candidates4CS, 7/21/2013; 072013candidates21CS, 7/21/2013;
072013candidates25CS, 7/21/2013; 072013candidates27CS, 7/21/2013;
072013candidates35CS, 7/21/2013
072013candidates24CS, 7/25/2013

072613boat1CS, 7/27/2013; 072613boat5CS, 7/27/2013

072013candidates23CS, 7/28/2013

081413park7CS, 8/15/2013

081413park3CS, 8/16/2013

081413park1CS, 8/28/2013

042613plane18CS, 9/9/2013

091213shooting9CS, 9/12/2013; 091213shooting13CS, 9/12/2013

091313accident4CS, 9/15/2013; 091313accident8CS, 9/15/2013;
091513presser4CS, 9/15/2013
091313accident20CS, 9/15/2013

Splashnews_spl205937_006, 9/16/2013

092913pedestrian10CS, 9/29/2013

100513chance2CS, 10/5/2013

100513chance5CS, 10/6/2013

100513chance1CS, 10/7/2013



*0000VA00019013420301*

071207_James_4CS, 10/16/2013

092913beach45CS, 10/16/2013; 092913beach58CS, 10/16/2013; 092913beach59CS, 10/16/2013; 092913beach71CS, 10/16/2013; 092913beach75CS, 10/16/2013; 092913beach80CS, 10/16/2013; 092913beach95CS, 10/16/2013; 092913beach126CS, 10/16/2013; 092913beach129CS, 10/16/2013; 092913beach130CS, 10/16/2013 092913beach133CS, 10/16/2013; 092913beach138CS, 10/16/2013; 092913beach144CS, 10/16/2013; 092913beach145CS, 10/16/2013; 092913beach146CS, 10/16/2013; 092913beach150CS, 10/16/2013; 092913beach155CS, 10/16/2013; 092913beach156CS, 10/16/2013; 092913beach166CS, 10/16/2013

092913pool20CS, 10/23/2013; 092913pool35CS, 10/23/2013; 092913pool62CS, 10/23/2013; 092913pool76CS, 10/23/2013; 092913pool104CS, 10/23/2013; 092913pool112CS, 10/23/2013; 092913pool143CS, 10/23/2013; 092913pool145CS, 10/23/2013 092913pool152CS, 10/23/2013; 092913portraits12CS, 10/23/2013; 092913portraits16CS, 10/23/2013; 092913portraits38CS, 10/23/2013 102513fire5CS, 10/25/2013

102413ifc1CS, 10/25/2013

102513fall1CS, 10/25/2013

102513accident9CS, 10/25/2013

102513accident24CS, 10/26/2013

110413mall2CS, 11/4/2013; 110413mall27CS, 11/4/2013; 110413mall44CS, 11/4/2013 110813fire2CS, 11/8/2013; 110813fire6CS, 11/8/2013

110813wtc38CS, 11/9/2013

072613boat14CS, 11/21/2013

102513ezpass5CS, 11/24/2013

062613kearins10CS, 12/9/2013

121108madoff2CS, 12/11/2013

121313fire15CS, 12/14/2013

121413njsnow9CS, 12/14/2013; 121413nysnow4CS, 12/14/2013; 121413nysnow9CS, 12/14/2013 121513shooting6CS, 12/15/2013; 121513shooting18CS, 12/15/2013

121413njsnow10CS, 12/16/2013

121413nysnow12CS, 12/18/2013

121513shooting12CS, 1218/2013; 121513shooting21CS, 12/18/2013

111009supreme2CS, 12/21/2013

060313hitler10CS, 12/30/2013; 061613proposal13CS, 12/30/2013; 061613proposal17CS, 12/30/2013

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 11, 2013        Nation of 1st Publication: United States

## Author

**Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher  Sadowski

**Email:** cdsadowski@aol.com          **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011  United States

## Certification

**Name:** Christopher Sadowski

**Date:** April 15, 2014

**Copyright Office notes:** Regarding publication: Range of publication dates are 1/11/2013-12/30/2013.

**Registration #:** VA0001901342

**Service Request #:** 1-1363222221



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-900-262**

**Effective date of registration:**

April 9, 2014

---

## Title

**Title of Work:** Group Registration Photos, 2011 Photo Collection, published 1/1/2011 to 12/18/2011; 36 photos

**Contents Titles:** 123010accident5CS, 1/1/2011

012111olbermann1CS, 1/22/2011

120810koch6CS, 1/24/2011

030710dangelo4CS, 3/11/2011

120810koch12CS, 3/23/2011

032611shooting9CS, 3/26/2011

072309federal42CS, 3/28/2011

041511lashaun1CS, 4/16/2011

043011armstrong5CS, 5/1/2011

050611building1CS, 5/7/2011

052111fitzpatrick2CS, 5/21/2011

062511gay7CS, 6/26/2011

080611bongo7CS, 8/8/2011; 080611bongo15CS, 8/8/2011

080611bongo2CS, 8/8/2011; 080611bongo9CS, 8/8/2011

080611bongo1CS, 8/9/2011

101906_PrescriptionDrugs_1CS, 8/16/2011

100211schibli3CS, 10/3/2011

101411murder1CS, 10/15/2011

101411murder2CS, 10/16/2011

101411murder3CS, 10/17/2011

101911brand1CS, 10/20/2011

101911brand7CS, 10/20/2011; 101911brand10CS, 10/20/2011; 101911brand11CS, 10/20/2011 101911brand8CS, 10/21/2011

072309federal32CS, 10/27/2011

102911kardashian2CS, 10/29/2011; 102911kardashian4CS, 10/29/2011;
102911kardashian13CS, 10/29/2011
110711tanker11CS, 11/8/2011

Fallon 2, 12/18/2011; Fallon 4, 12/18/2011; Fallon 15, 12/18/2011; Fallon
18, 12/18/2011

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 1, 2011     **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com                    **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** April 9, 2014

**Copyright Office notes:** Regarding publication: Range of publication dates are 1/1/2011-
12/18/2011.

**Registration #:**  VA0001900262
**Service Request #:**  1-1346507811



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-898-589**

**Effective date of registration:**

March 31, 2014

---

## Title

**Title of Work:** Group Registration Photos, USA, published 1/1/2014 to 3/30/2014; 49 photos

**Contents Titles:** 010114deblasio17CS, 1/1/ 2014; 010114deblasio33CS, 1/1/ 2014

010214airport9CS, 1/2/2014; 010214njsnow5CS, 1/2/2014; 010314nysnow4CS, 1/2/2014; 010314nysnow7CS, 1/2/2014; 010314nysnow8CS, 1/2/2014; 010314nysnow9CS, 1/2/2014; 010314nysnow10CS, 1/2/2014; 010314nysnow15CS, 1/2/2014; 010314nysnow20CS, 1/2/2014
010414shooting2CS, 1/4/2014; 010414shooting5CS, 1/4/2014

121513shooting10CS, 1/5/2014

052711elaines15CS, 1/9/2014

121513shooting20CS, 1/13/2014

111009tweed1CS, 1/14/2014

032611lights2CS, 1/19/2014

011914accident3CS, 1/19/2014

072713tappanzee9CS, 1/28/2014

112113frigo19CS, 1/29/2014

012914building2CS, 1/30/2014

012914markviverito2CS, 1/30/2014

052510businesses9CS, 1/31/2014

020314shooting1CS, 2/3/2014

013114teterboro11CS, 2/5/2014

060410taconic12CS, 2/6/2014

020614fire1CS, 2/6/2014; 020614fire2CS, 2/6/2014; 020614fire3CS, 2/6/2014; 020614fire4CS, 2/6/2014; 020614fire5CS, 2/6/2014
020314shooting3CS, 2/8/2014

021314shooting3CS, 2/14/2014

123111gsp11CS, 2/19/2014

060713rain1CS, 2/19/2014

022214accident5CS, 2/22/2014

040111school4CS, 2/26/2014

022514accident5CS, 2/26/2014

022714deblasio4CS, 2/28/2014

022714deblasio9CS, 2/28/2014

022814tape3CS, 3/6/2014

071310berra8CS, 3/7/2014

022714deblasio1CS, 3/8/2014

052413citibike6CS, 3/22/2014

020114mvp51CS, 3/24/2014

030112hotel12CS, 3/26/2014

032814pedestrian2CS, 3/29/2014

033014accident2CS, 3/30/2014

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 1, 2014 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Christopher Sadowski |
| **Author Created:** | photograph(s) |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Sadowski |
| | 46 Viola Avenue, Clifton, NJ, 07011, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christopher Sadowski |
| **Email:** | cdsadowski@aol.com |
| **Address:** | 46 Viola Avenue |
| | Clifton, NJ 07011  United States |

**Telephone:** 973-650-5382

## Certification

| | |
|---|---|
| **Name:** | Christopher Sadowski |
| **Date:** | March 31, 2014 |

Copyright Office notes:   Regarding publication: Range of publication dates are 1/1/2014-3/30/2014.

**Registration #:**   VA0001898589
**Service Request #:**   1-1316768121



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-920-057

**Effective date of registration:**

June 30, 2014

## Title

**Title of Work:** 051714homicide10CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** May 18, 2014     **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com     **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** June 30, 2014

**Registration #:**  VA0001920057
**Service Request #:**  1-1552637875



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-920-083

**Effective date of
registration:**

July 1, 2014

## Title

**Title of Work:** 060514fire30CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014     **Nation of 1st Publication:** United States

## Author

■     **Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com     **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** July 1, 2014

**Registration #:**   VA0001920083
**Service Request #:**   1-1553050751



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-920-072

**Effective date of registration:**

June 30, 2014

## Title

**Title of Work:** 060514fire24CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014      **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com      **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** June 30, 2014

**Registration #:**   VA0001920072
**Service Request #:**   1-1552724752



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-919-315

**Effective date of registration:**

July 1, 2014

---

## Title

**Title of Work:** Group Registration Photos, Staten Island Fire Photos, published 6/5/2014; 3 photos

**Contents Titles:** 060514fire1CS, 6/5/2014

060514fire23CS, 6/5/2014

060514fire26CS, 6/5/2014

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014      **Nation of 1st Publication:** United States

## Author

■  **Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com      **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011  United States

## Certification

**Name:** Christopher Sadowski

**Date:** July 1, 2014



**Registration #:**  VA0001919315
**Service Request #:**  1-1553050967



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-920-090

**Effective date of
registration:**

July 1, 2014

---

## Title

**Title of Work:** 060514fire33CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014    **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com    **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** July 1, 2014

---

**Registration #:** VA0001920090
**Service Request #:** 1-1553050838



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-920-070

**Effective date of registration:**

June 30, 2014

---

## Title

**Title of Work:** 060514fire17CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher  Sadowski

**Email:** cdsadowski@aol.com          **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011  United States

## Certification

**Name:** Christopher Sadowski

**Date:** June 30, 2014

**Registration #:** VA0001920070
**Service Request #:** 1-1552724641



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-920-089

**Effective date of registration:**

July 1, 2014

---

## Title

**Title of Work:** 060514fire32CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com                    **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** July 1, 2014

**Registration #:**  VA0001920089
**Service Request #:**  1-1553050795



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-920-079

**Effective date of
registration:**

June 30, 2014

## Title

**Title of Work:** 060514fire27CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014     **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com          **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** June 30, 2014

**Registration #:** VA0001920079
**Service Request #:** 1-1552724795



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-920-091

**Effective date of
registration:**

July 1, 2014

---

## Title

**Title of Work:** 060514fire34CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com                              **Telephone:**   973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011  United States

## Certification

**Name:** Christopher Sadowski

**Date:** July 1, 2014

**Registration #:**  VA0001920091
**Service Request #:**  1-1553050881



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-920-068

**Effective date of
registration:**

June 30, 2014

---

## Title

**Title of Work:** 060514fire14CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** June 5, 2014 **Nation of 1st Publication:** United States

## Author

■ **Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

## Certification

**Name:** Christopher Sadowski

**Date:** June 30, 2014

**Registration #:**  VA0001920068

**Service Request #:**  1-1552638507



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-920-041**

**Effective date of
registration:**

June 30, 2014

---

## Title

**Title of Work:** 011108subway4CS

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** May 10, 2014     **Nation of 1st Publication:** United States

## Author

**■    Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011

## Rights and Permissions

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com     **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011  United States

## Certification

**Name:** Christopher Sadowski

**Date:** June 30, 2014

**Registration #:** VA0001920041
**Service Request #:** 1-1552637811



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011   United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-920-093**

**Effective date of
registration:**

July 1, 2014

---

**Title**

**Title of Work:** 110109court1CS

**Completion/Publication**

**Year of Completion:** 2014

**Date of 1st Publication:** June 9, 2014     **Nation of 1st Publication:** United States

**Author**

■     **Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1982

**Copyright claimant**

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

**Rights and Permissions**

**Name:** Christopher Sadowski

**Email:** cdsadowski@aol.com     **Telephone:** 973-650-5382

**Address:** 46 Viola Avenue

Clifton, NJ 07011 United States

**Certification**

**Name:** Christopher Sadowski

**Date:** July 1, 2014

**Registration #:** VA0001920093
**Service Request #:** 1-1553050924



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-925-762**

**Effective date of
registration:**

September 30, 2014

---

## Title

**Title of Work:** Group Registration Photos, 2014-Q3 Photo Collection, published 7/1/2014 to 9/26/2014;
59 photos

**Contents Titles:** 050114cronin4CS, 7/1/2014

070214collapse4CS, 7/2/2014

070214lightning9CS, 7/2/2014

120606_TacoBell_1CS, 7/2/2014

050114cronin3CS, 7/3/2014

070514fire9CS, 7/6/2014; 070514fire15CS, 7/6/2014; 070514fire22CS,
7/6/2014

040314softee1CS, 7/6/2014

092911delays4CS, 7/9/2014

062814uber5CS, 7/9/2014

112113frigo1CS, 7/10/2014

071114manhattanhenge3CS, 7/12/2014

112113frigo3CS, 7/16/2014

071914motorcycle6CS, 7/19/2014

111109jurgensen9CS, 7/19/2014

072014assault9CS, 7/20/2014

072014officer4CS, 7/20/2014

053114wfp66CS, 7/21/2014

072014assault5CS, 7/21/2014

072014assault3CS, 7/21/2014; 072014assault11CS, 7/21/2014

072614overturned2CS, 7/26/2014; 072614overturned7CS, 7/26/2014

072614skydivers17CS, 7/28/2014; 072614skydivers19CS, 7/28/2014;
072614skydivers43CS, 7/28/2014

073014characters5CS, 8/1/2014; 073014characters19CS, 8/1/2014

020508giants23CS, 8/1/2014

102612handcuffs12CS, 8/3/2014

112113frigo47CS, 8/6/2014

080914homicide1CS, 8/10/2014; 080914homicide10CS, 8/10/2014

080514uber8CS, 8/11/2014

070706_Atlantic City_38CS, 8/14/2014

081614stabbing4CS, 8/16/2014; 081614stabbing19CS, 8/16/2014; 081614stabbing23CS, 8/16/2014 081614shooting11CS, 8/17/2014

020114mvp73CS, 8/18/2014

062814uber8CS, 8/19/2014

082114fire2CS, 8/22/2014

082314shooting9CS, 8/23/2014

042314deegan5CS, 8/24/2014

083014fire2CS, 8/31/30214

083014airmail8CS, 8/31/2014

081614mta1CS, 9/7/2014

090314oconnor26CS, 9/10/2014

091214pedestrian1CS, 9/12/2014

091314dolan37CS, 9/14/2014

020114mvp76CS, 9/16/2014

091814horse4CS, 9/19/2014; 091814horse9CS, 9/19/2014; 091814horse12CS, 9/19/2014; 091814horse17CS, 9/19/2014; 091814horse30CS, 9/19/2014 020114mvp77CS, 9/24/2014

092514homicide7CS, 9/26/2014

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** July 1, 2014          **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Sadowski

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Sadowski

46 Viola Avenue, Clifton, NJ, 07011, United States

## Rights and Permissions

**Name:**   Christopher Sadowski

**Email:**   cdsadowski@aol.com                    **Telephone:**   973-650-5382

**Address:**   46 Viola Avenue

Clifton, NJ 07011   United States

## Certification

**Name:**   Christopher Sadowski

**Date:**   October 1, 2014

**Correspondence:**   Yes

**Copyright Office notes:**   Regarding publication: Range of publication dates are 7/1/2014-9/26/2014.

**Registration #:**  VA0001925762
**Service Request #:**  1-1785015971



Christopher Sadowski
46 Viola Avenue
Clifton, NJ 07011  United States