IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>SINOVISION INCORPORATED,<br><br>        Defendant. | Civil Action No. 2:15-cv-02063-JMV-MF<br><br>STIPULATION OF DISMISSAL<br>PURSUANT TO<br>F.R.C.P 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action against Defendant Sinovision Incorporated is dismissed by Plaintiff Christopher Sadowski pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 8/31/2016

_[signature]_

Attorney for
Plaintiff Christopher Sadowski

Ben Manevitz, Esq.
Manevitz Law Firm
805 Clifton Avenue
Clifton, NJ 07013
T: 973-594-6529
F: 973-689-9529
Email: ben@manevitzlaw.com

Dated: 7/22/16

_[signature]_

Attorney for
Defendant Sinovision Incorporated

Charles Knapp, Esq. (Pro Hac Vice)
Wu & Kao, PLLC, of counsel
747 Third Avenue, 22nd Floor
New York, NY 10017
T: 212-755-8880
F: 212-755-8890
Email: charles.knapp@wuandkao.com

So Ordered:

_[signature]_ 8/31/16

Judge John Michael Vazquez, U.S.D.J.    Date